UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES,

-v-

SALIH WASHINGTON,

Defendant.

---------------------------------------------------------------------X

26 Cr. 407 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 8, 2026, Defendant waived indictment and was arraigned before the Court. As discussed at that proceeding, the Court modifies Defendant's release conditions to require (i) home detention with GPS monitoring (instead of radio monitoring), and with the home area to include the common shared bathroom in the hallway; and (ii) two financially responsible persons to co-sign the bond (instead of three). *See* 18 U.S.C. § 3142(c)(3). All other conditions of pretrial release remain in place.

SO ORDERED.

Dated: September 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge