UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES, | : | |
| -v- | : | 26 Cr. 407 (JPC) |
| SALIH WASHINGTON, | : | ORDER |
| Defendant. | : | |

JOHN P. CRONAN, United States District Judge:

The guilty plea conference is scheduled for October 30, 2026, at 9:30 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. In the event Defendant enters a guilty plea, the Court expects that the guilty plea will trigger the mandatory remand provisions of 18 U.S.C. § 3143(a)(2). The Court respectfully reminds defense counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with Rule 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge