UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA :

- v. - :

SALIH NOJEE WASHINGTON, :

Defendant. :

---------------------------------------------------------------------X

26-Cr-407 (JPC)

<u>ORDER</u>

**JOHN P. CRONAN**, United States District Judge:

It is hereby ordered that the defendant Salih Nojee Washington is remanded to the custody of the United States Marshal.

SO ORDERED:

Dated: New York, New York
October 30, 2026

JOHN P. CRONAN
United States District Judge